TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00741-CV

Asberry Barry Postell, Appellant

v.

Elizabeth Carmella Postell, Appellee

FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT

NO. 13,731, HONORABLE JOE CARROLL, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a Motion to Dismiss. We grant appellant's motion and dismiss
the appeal. See Tex. R. App. P. 42.1(a)(2).

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: April 13, 2000

Do Not Publish